UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER, individually,   Case No. 2:14-cv-11836

    Plaintiff,   Hon. Thomas L. Ludington

-vs-

MACY'S RETAIL HOLDINGS INC., a
New York company,

    Defendant.

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Plaintiff, Leland Foster, together with Defendant, Macy's Retail Holdings Inc., by and through their respective counsel, hereby stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and without attorneys' fees or costs to any party.

**STIPULATED AND AGREED TO THIS 7th DAY OF NOVEMBER 2014 BY:**

| | |
|---|---|
| /s/ Owen B. Dunn (w/consent) | /s/ Kimberly A. Yourchock |
| Owen B. Dunn Jr. (P66315) | Emily M. Petroski (P63336) |
| Law Office of Owen B. Dunn, Jr. | Kimberly A. Yourchock (P72336) |
| Attorney for Plaintiff Leland Foster | Jackson Lewis P.C. |
| 4334 W. Central Ave., Suite 222 | Attorneys for Macy's Retail Holdings Inc. |
| Toledo, OH 43615 | 2000 Town Center, Suite 1650 |
| Telephone (419) 241-9661 | Southfield, Michigan 48075 |
| Fax (419) 241-9737 | Telephone (248) 936-1900 |
| dunnlawoffice@sbcglobal.net | Fax (248) 936-1901 |
| | Petroske@jacksonlewis.com |
| | Kimberly.yourchock@jacksonlewis.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LELAND FOSTER,

        Plaintiff,                    Case No. 14-cv-11836

v                                       Honorable Thomas L. Ludington

MACY'S RETAIL HOLDINGS INC.,

        Defendant.

_____/

## ORDER OF DISMISSAL

Upon stipulation of the parties and the Court being fully advised of the premises,

It is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to any party. Entry of this Order resolves all pending claims and closes the case.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: November 10, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 10, 2014.

                        s/Tracy A. Jacobs
                        TRACY A. JACOBS